UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NO. 20-11167 |
| STEVEN BOYD MITCHELL, ) | |
| ) | Chapter 7 |
| DEBTOR ) | |

## AGREED MOTION TO EXTEND TIME AND TO MODIFY THE OCTOBER 19, 2020, AGREED ORDER

Martin E. Seifert, Trustee, by counsel, and U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1, by counsel ("Creditor"), file their Agreed Motion for Extension of Time and to Modify the October 19, 2020, Agreed Order. As their Agreed Motion, the parties state as follows:

1. On September 4, 2020, Creditor filed its Motion for Relief from Stay and Abandonment for Real Property [Docket 17].

2. On September 16, 2020, Trustee filed its Objection to Motion for Relief from Stay [Docket 30].

3. In resolution of the Motion and Objection, the Court entered an Agreed Order of October 19, 2020, granting the Trustee until May 1, 2021, to file a Motion to Sell the Real Estate.

4. Pursuant to paragraph 2 of the Agreed Order, the Trustee has the option to file a motion for additional time in order to sell the real estate.

5. The parties agree that the Trustee shall have additional time until August 1, 2021, to file his motion to sell the real estate in this matter. Trustee has been marketing the property and has received a number of offers and is seeking the highest and best offer for the property.

6. Creditor and Trustee agree that the Agreed Order dated October 19, 2020, should be modified to provide that the Trustee will have until August 1, 2021, to file a motion to sell the

real estate and if he fails to do so, the Creditor shall be relived from the stay to proceed as requested on the real estate commonly known as 6037 East 450 South, Wabash, Indiana 46992 and it shall be abandoned from the bankruptcy estate.

**WHEREFORE**, Creditor and Trustee request that the Court grant this extension of time and enter an order modifying the October 19, 2020, Agreed Order granting the Trustee until August 1, 2021, to file a motion to sell the real estate and, in the event the Trustee fails to do, the Court shall grant Creditor's motion and Creditor shall have relief from stay to proceed as requested and the real estate commonly known as 6037 East 450 South, Wabash, Indiana 46992, shall be abandoned from the bankruptcy estate.

| | |
|---|---|
| **HALLER & COLVIN, P.C.**<br>**444 EAST MAIN STREET**<br>**FORT WAYNE, INDIANA 46802**<br>**TELEPHONE: (260) 426-0444**<br>**EMAIL:** mseifert@hallercolvin.com | **LAW OFFICE OF GERALD M. SHAPIRO, LLP**<br>**ATTORNEYS FOR CREDITOR**<br>**4805 MONTGOMERY ROAD, SUITE 320 NORWOOD, OHIO 45212-2280**<br>**EMAIL:** btekulve@logs.com |
| BY: /s/ *Martin E. Seifert*<br>    **MARTIN E. SEIFERT, TRUSTEE**<br>    **I.D. #16857-02** | BY: /s/ *Brian K. Tekulve*<br>    **BRIAN K. TEKULVE**<br>    **I.D. #30882-49** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Agreed Motion to Extend Time and Modify the October 19, 2020, Agreed Order has been sent electronically by the Court's electronic filing system, this 28th day of   April   , 2021, to:

| | |
|---|---|
| Nancy J. Gargula, U.S. Trustee<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349<br>USTPRegion.10.SO.ECF@usdoj.gov | Sabrina J. Kitsos, Esq.<br>GLASER & EBBS<br>132 E. Berry Street<br>Fort Wayne, Indiana 46802 |

/s/ *Martin E. Seifert*
**MARTIN E. SEIFERT**